Gold Medal Ranch, LLC, Plaintiff-Appellee, v. Byers Peak Downhill Properties, LLC, Byers Peak Properties, LLC, C. Clark Lipscomb, Meredith C. Lipscomb, and Colorado Adventure Park, LLC, Defendants-Appellants. No. 20CA1183
Court of Appeals of Colorado, Fourth Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Grand
 County District Court No. 14CV30133 Honorable Mary C. Hoak,
 Judge.
 
 
 
 OPINION
 
 
 FREYRE
 J. JUDGE.
 
 
 JUDGMENT
 AFFIRMED
 
 
 J.
 Jones and Tow, JJ., concur.
 
 
 1